# Court of Appeals
# of the State of Georgia

ATLANTA, September 24, 2012

*The Court of Appeals hereby passes the following order*

**A13I0010. FRANCISCO CALDERON v. THE STATE.**

Upon consideration of the Application for Interlocutory Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

11SC106289



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, September 24, 2012.*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*, Clerk.*